UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TREMAINE K. WATKINS,

                              Plaintiff,

-against-

CREDIT CORP SOLUTIONS, INC., and
JOHN DOES 1 TO 10

                              Defendant.

**RULE 7.1 STATEMENT**

Civil Action No.

To:    The Clerk of The Court and All Parties of Record:

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Credit Corp Solutions, Inc. (a private non-governmental party) certifies that the following are parent corporations or publicly held corporations owning at least a 10% interest in Credit Corp Solutions, Inc.:

1. CREDIT CORP FACILITIES PTY LTD

Dated: New York, NY
         June 14, 2016

Respectfully submitted,

/S/ Brian J. Markowitz
Warshaw Burstein, LLP
By: Brian J. Markowitz, Esq.
555 Fifth Avenue
New York, NY 10017
(212) 984-7845
bmarkowitz@wbcsk.com
**ATTORNEYS FOR DEFENDANT**

{938769.1 }